# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>Plaintiff,<br><br>v.<br><br>POLITI, ET AL.,<br><br>Defendants. | § § § § § § § § § § § § § § CIVIL ACTION NO. 4:18-CV-00362-ALM-CAN |

## ORDER

Pending before the Court is Defendant Americo Financial Life & Annuity Company ("Americo"), Bryan Brewer, Katherine Brewer, and One Resource Group's (collectively "Defendants") Unopposed Motion to Continue Deadlines (the "Motion") [Dkt. 80]. The Motion requests that the Court extend three deadlines: (1) the mediation deadline from April 1, 2019 to July 1, 2019; (2) the discovery deadline from April 30, 2019 to July 30, 2019; and (3) the dispositive motion deadline from April 15, 2019 to July 15, 2019 [Dkt. 80 at 2]. After review of the Motion [Dkt. 80], and all other relevant documents, the Court finds that the Motion should be **GRANTED IN PART** as set forth herein.

It is therefore **ORDERED** that the mediation deadline shall be extended from April 1, 2019 to July 1, 2019; the discovery deadline shall be extended from April 30, 2019 to July 26, 2019; and the dispositive motion deadline shall be extended from April 15, 2019 to June 1, 2019.  All other existing deadlines shall remain in place.

**IT IS SO ORDERED**

**SIGNED this 26th day of April, 2019.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE