# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM | § |
| | §  Civil Action No. 4:18-CV-362 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| JAY POLITI, ET AL. | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 26, 2019, the report of the Magistrate Judge (Dkt. #81) was entered containing proposed findings of fact and recommendations that Defendant One Resource Group Corporation ("ORG")'s Motion to Dismiss Plaintiff's Amended Complaint (Dkt. #50) be granted, and Plaintiff's claims against ORG be dismissed with prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, ORDERED that ORG's Motion to Dismiss Plaintiff's Amended Complaint (Dkt. #50) is GRANTED and Plaintiff Craig Cunningham's claims asserted against ORG are hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

SIGNED this 19th day of June, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE