# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM | § |
| | § Civil Action No. 4:18-CV-362 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| JAY POLITI, ET AL. | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 30, 2019, the report of the Magistrate Judge (Dkt. #83) was entered containing proposed findings of fact and recommendations that Defendants Katherine Brewer and Bryan Brewer's Motion to Dismiss Plaintiff's Amended Complaint (Dkt. #52) be granted in part and denied in part.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, ORDERED that Katherine Brewer and Bryan Brewer's Motion to Dismiss Plaintiff's Amended Complaint (Dkt. #52) is GRANTED IN PART AND DENIED IN PART. Plaintiff's claims under section 227(c) of the TCPA, and for invasion of privacy, extortion, and intentional infliction of emotion distress are hereby DISMISSED WITH PREJUDICE. Plaintiff's claims against Defendant Katherine Brewer under section 227(b) of the TCPA and section 305.053 of the Texas Business and Commerce Code, and Plaintiff's claim against both Katherine Brewer and Bryan Brewer for defamation remain.

**IT IS SO ORDERED.**

SIGNED this 19th day of June, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE