**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| CRAIG CUNNINGHAM | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO.: 4:18-cv-00362-ALM-CAN |
| | § | |
| JAY POLITI, ET AL. | § | |
| | § | |
| Defendants. | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Craig Cunningham ("Cunningham") and Defendants Americo Financial Life and Annuity Company, Katherine Brewer, and Bryan Brewer (collectively, "Defendants"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, respectfully stipulate to dismissal of the claims against the Defendants with prejudice and with all parties bearing their own costs, fees, and expenses.

Date: August 5, 2019

Respectfully submitted,

| | |
|---|---|
| */s/ Craig Cunningham (w/perm. MBB)* | */s/ Matthew B. Buongiorno* |
| **Craig Cunningham** | **Matthew B. Buongiorno** |
| Plaintiff, Pro-se | Texas State Bar No. 24097436 |
| 5543 Edmondson Pike, Ste. 248 | matthew.buongiorno@lockelord.com |
| Nashville, TN 37211 | **LOCKE LORD LLP** |
| Telephone: 615-348-1977 | 2200 Ross Avenue, Suite 2800 |
| | Dallas, Texas 75201-6776 |
| | Telephone: (214) 740-8000 |
| | Facsimile: (214) 740-8800 |
| | |
| | **ATTORNEYS FOR AMERICO FINANCIAL LIFE & ANNUITY COMPANY, KATHERINE BREWER, AND BRYAN BREWER** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record *via the Court's CM/ECF system* on August 5, 2019

*/s/ Matthew B. Buongiorno*
Matthew B. Buongiorno