UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS



JAN 2 4 2020

Clerk, U.S. District Court
Eastern District of Texas

CRAIG CUNNINGHAM, Pro-se )
    *Plaintiff* )
                   )    CIVIL ACTION NO.: 4:18-cv-00362-ALM-CAN
v.                  )
                 )
Jay Politi, et al

    *Defendants.*

## **Plaintiff's Affidavit in Support of Damages**

1. My name is Craig Cunningham, and I am over the age of 18 and have never been convicted of a felony or crime of moral turpitude.

2. I am writing this affidavit in support of damages in this case.

3. I have reviewed my call records, which are true and correct copies and attached hereto with the specific calls in yellow. In total, there are 9 calls.

4. I noticed a few corrections when cross referencing the call records and the spreadsheet in Exhibit A reflects the calls according to my phone records. First, all the calls were to 615-331-7262.

5. I recieved calls on 11/10/2015, and 11/17/2015 from 718-285-7209 attributed to Moisos Espinosa.

6. The remaining calls are attributed to the remaining defendants jointly and severally, collectively noted as the Politi defendants in the spreadsheet.

7. The call on 5/10/2017 from the 800 number was actually 800-231-0801, as I had dialed out to 888-710-8885 and then the call from 800-231-0801 came in shortly thereafter.

8. The table in Exhibit A is true and correct and is based on the call records, Exhibit B, which is attached and are true and correct copies of my phone records obtained from my carrier, Republic Wireless.

I declare under the penalty of perjury the foregoing is true and correct. Executed on 1/23/2020.

Craig Cunningham
Plaintiff,

Mailing address:
3000 Custer Road, ste 270-206, Plano, Tx 75075, 615-348-1977

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

CRAIG CUNNINGHAM, Pro-se )
    *Plaintiff* )
                         ) CIVIL ACTION NO.: 4:18-cv-00362-ALM-CAN
v. )
)
Jay Politi, et al

    *Defendants.*

## Plaintiff's Certificate of Service

1. I declare a true copy of the foregoing was mailed to the defendants in this case.

*/s/ Craig Cunningham*
Plaintiff,

Mailing address:
3000 Custer Road, ste 270-206, Plano, Tx 75075, 615-348-1977, 1/23/2020