## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS

FILED: 4/24/20
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM,** **Plaintiff,** | § § § | |
| **v.** | § § | 4:18-cv-00362-ALM-CAN |
| Jay Politi, et al | § § | |
| **Defendants.** | § § § § § | |

## PLAINTIFF'S Notice in response to Docket 150

1.   To the Honorable US District Court:

2.   The Plaintiff requests the court dismiss his claims against Nick Politi without

     prejudice and proceed with final judgment against all the remaining defendants.


Craig Cunningham
Plaintiff,

3000 Custer Road, ste 270-206 Plano, Tx 75075 615-348-1977 4/24/2020

| CRAIG CUNNINGHAM, Plaintiff, | § § § | |
|---|---|---|
| v. | § § | 4:18-cv-00362 |
| Jay Politi, et al | § § § | |
| Defendants. | § § § § | |

## PLAINTIFF'S Certificate of Service

I hereby certify that a true copy of the foregoing was mailed to the defendants via USPS first class mail on 4/24/2020

Craig Cunningham
Plaintiff,

3000 Custer Road, ste 270-206 Plano, Tx 75075 615-348-1977 4/24/2020