# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM | § |
| | § Civil Action No. 4:18-CV-362 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| JAY POLITI, ET AL. | § |

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Pending before the Court is Plaintiff Craig Cunningham's "Notice of Response to Docket 150," wherein Plaintiff requests the Court dismiss his claims against Nicholas Politi without prejudice (Dkt. #151). After reviewing the Notice, and all relevant filings, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Plaintiff's request for dismissal of claims against Nicholas Politi (Dkt. #151) is **GRANTED**. All claims against Defendant Nicholas Politi are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.
**SIGNED** this 29th day of April, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE