# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM | § | |
| | § | Civil Action No. 4:18-CV-362 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| JAY POLITI, ET AL. | § | |

**FINAL DEFAULT JUDGMENT**

Pursuant to the Memorandum Adopting Report and Recommendation of United States Magistrate Judge filed in this matter, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that, pursuant to Rule 55(b)(2), judgment by default should be entered against Defendants Moisos Espinosa, Jay Politi, Jasmine Wicks, Axis Advisory Group, Inc., and Axis Benefit Solutions, Inc. (collectively "Defendants"), and in favor of Plaintiff Craig Cunningham, based on the following:

1. Plaintiff Craig Cunningham has certified to personal jurisdiction and service of process, and that Defendants are not infants, incompetent persons, or in active military service of the United States of America.

2. Defendants, having been duly served, have failed to appear, answer, plead, or otherwise defend this action.

3. The Clerk's default of each of Defendants was entered on January 7, 2020.

4. Defendant Moisos Espinosa is liable to Plaintiff Craig Cunningham for the sum of $1,000.00 in statutory damages as a result of Defendant Moisos Espinosa's violations of 47 U.S.C. § 227(b).

5. Defendants Jasmine Wicks, Jay Politi, Axis Benefit Solutions, Inc., and Axis Advisory Group, Inc. are liable to Plaintiff Craig Cunningham for the sum of $3,500.00 in statutory damages as a result of their violations of 47 U.S.C. § 227(b).  It is further,

**ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered against Defendant Moisos Espinosa, and in favor of Plaintiff Craig Cunningham, in the amount of $1,000.00 in statutory damages.  It is further,

**ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered against Defendants Jasmine Wicks, Jay Politi, Axis Benefit Solutions, Inc., and Axis Advisory Group, Inc., and in favor of Plaintiff Craig Cunningham, in the amount of $3,500.00 in statutory damages. It is further,

**ORDERED, ADJUDGED, AND DECREED** that this is a final judgment that fully and finally disposes of all claims and parties and may be appealed.  All relief not specifically granted in this judgment is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 29th day of April, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE